IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CISSE CHERIF NOHAMED, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-09-119 |
| | § | |
| ERIC HOLDER, ET AL., | § | |
| | § | |
| Respondents. | § | |

**OPINION & ORDER**

BE IT REMEMBERED that on May 15, 2009, the Court **TRANSFERRED** this case to the Western District of Texas. Although Petitioner Cisse Cherif Nohamed reported that he is in custody in Willacy County, Texas, Petitioner is currently housed at the Karnes Correctional Center in Karnes City, Texas. *See* Dkt. No. 1, at 8-10.

DONE at Brownsville, Texas, on May 15, 2009.

Hilda G. Tagle
United States District Judge